UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 25-mj-181 (GMH) |
| v. : | |
| : | |
| GERRIKA MISSOURI, : | |
| : | |
| Defendant. : | |

JOINT MOTION TO CONTINUE PRELIMINARY HEARING
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Gerrika Missouri, by and through her counsel, Sellano Simmons, Esq., jointly submit this motion to continue the October 20, 2025 Preliminary Hearing in the above-captioned matter to a time available to the Court on the week of December 1, 2025. The parties further request the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.*, between October 20, 2025, and the continued preliminary hearing date.

On August 27, 2025, the Defendant was charged by complaint in the above-captioned matter with 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(iv), (b)(1)(B)(vi). *See* Complaint, ECF No. 5. On August 28, 2025, following a detention hearing before the Honorable Zia M. Faruqui, the Defendant was released to home detention, which the Honorable Chief Judge James E. Boasberg affirmed.

A preliminary hearing is currently scheduled for October 20, 2025. However, the parties are presently engaged in plea discussions to explore the possibility of a pre-indictment resolution in the instant matter. The parties anticipate needing an additional 45 days to continue these discussions.

Finally, the parties move, pursuant to 18 U.S.C. § 3161(h)(7)(A), to formally exclude time under the Speedy Trial Act between October 20, 2025, the next scheduled date in this matter, and the continued preliminary hearing date. The ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial insofar as the parties are actively engaged in negotiations that could facilitate a pre-indictment resolution in the instant matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: /s/
Sellano Simmons, Esq.
Counsel for Gerrika Missouri

By: /s/ Matthew W. Kinskey
Matthew W. Kinskey
Assistant United States Attorney
D.C. Bar No. 1031975
Violent Crime & Narcotics Trafficking
601 D Street NW
Washington, D.C. 20530